[No. 26100-6-II. Division Two. October 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS K. DEREGO, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 00-8-00018-4, Toni A. Sheldon, J., entered June 13, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Houghton, JJ.

[No. 26102-2-II. Division Two. October 19, 2001.]

THOMAS K. GREEN, *Appellant*, v. CARL T. ESCENE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skamania County, No. 00-2-00007-5, E. Thompson Reynolds, J., entered June 15, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 26111-1-II. Division Two. October 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD JAMES HELSEL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-01461-8, Roger A. Bennett, J., entered June 19, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 27123-1-II. Division Two. October 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN JUSTIN ROYER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-8-00075-3, Paul Boyle, J. Pro Tem., entered February 12, 2001. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Seinfeld, J.